## A06A1795. PALMER v. THE STATE.
(656 SE2d 537)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Palmer v. State,* 282 Ga. 466 (651 SE2d 86) (2007), our decision in *Palmer v. State,* 282 Ga. App. 366 (638 SE2d 797) (2006) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Miller and Ellington, JJ., concur.*

DECIDED JANUARY 8, 2008.

*Healy & Svoren, Timothy P. Healy, Nina M. Svoren,* for appellant.
*Michael H. Crawford, District Attorney, Richard K. Bridgeman, Assistant District Attorney,* for appellee.